UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
M. CLAUDIA GAROFALO, :
 :   CASE NO.: 2:23-cv-5504-GGG-MBN
  Plaintiff, :
 :   Judge: Greg G. Guidry
vs. :
 :   Magistrate: Michel B. North
 :
SUKEBAN, LLC, HADWIN, LLC :
and LAFAYE PROPERTIES, LLC, :
 :
  Defendants. :
---------------------------------------------------------x

**NOW INTO COURT**, comes Plaintiff, M. Claudia Garofalo, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby notices that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against all of the Defendants without fees or costs to any party against any other, and that no party hereto is an infant or incompetent.

Dated this the 5th day of December, 2021.

Respectfully Submitted,

**BIZER & DEREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DEREUS (LA # 35105)
ANNIKA MENGISEN (LA # 35524)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
       gdereus@bizerlaw.com
       annika@bizerlaw.com

SO ORDERED:

_____
J U D G E